

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2023

No. 04-22-00586-CV

**IN RE THE COMMITMENT** of Robert **HAMPTON**

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW2000455
Honorable Russell Wilson, Judge Presiding

### O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief was filed January 13, 2023.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court